**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN LAWRENCE SNOKE, | ) NO. CV 09-2064-TJH (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: <u>April 6, 2009</u>.

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE